■ TUNIS E. DEPEW et al., Appellants, v. ERIE LACKAWANNA RAILWAY COMPANY et al., as Trustees, Respondents.— Judgment of the Supreme Court, Rockland County, dated August 22, 1968, affirmed insofar as appealed from, with $10 costs and disbursements, on the opinion of the late Mr. Justice Hoyt at Special Term. Rabin, P. J., Hopkins, Munder, Latham and Shapiro, JJ., concur.

■ In the Matter of VALERIE H. (ANONYMOUS), Respondent, v. KOENE D. B. (ANONYMOUS), Appellant.— In paternity proceedings concerning two children, the appeal is from an order of filiation and support of the Family Court, Suffolk County, dated March 12, 1970 and made after trial. Order reversed, on the law, without costs, and proceedings remitted to the Family Court for a new hearing. Appellant appeared at the trial without counsel. Under the circumstances, the trial court erred in putting questions to him without first advising him of his statutory right to refuse to testify (Family Ct. Act, § 531; Matter of Howard v. Robinson, 32 A D 2d 837; Matter of Dean v. Young, 31 A D 2d 630). In the interests of justice appellant should be given one final opportunity prior to the new hearing to obtain a blood grouping test. Latham, Acting P. J., Shapiro, Gulotta, Brennan and Benjamin, JJ., concur.

■ In the Matter of FRANK RAPPA, Respondent, v. STATE UNIVERSITY OF NEW YORK AT STONY BROOK, Appellant.— In a proceeding pursuant to article 78 of the CPLR to compel appellant to restore petitioner to his position of power plant helper in appellant's employ, the appeal is from a judgment of the Supreme Court, Suffolk County, entered September 15, 1971, which granted the application. Judgment reversed, on the law, without costs, and proceeding remitted to the Special Term for trial of the issues of fact presented by the pleadings and shown by the answering affidavit. Questions of fact were presented which should not have been summarily decided (Matter of Ocean Beach Ferry Corp. v. Incorporated Vil. of Ocean Beach, 275 App. Div. 712). Latham, Acting P. J., Shapiro, Gulotta, Brennan and Benjamin, JJ., concur.